**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**   **Category No.** II   **Investigating Agency** FBI; NCIS

City: Woburn, Marlborough, Sharon   **Related Case Information:**

County: Middlesex and Norfolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Ahmedelhadi Yassin Serageldin   Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name: Ahmed Serageldin, Ahmed Elhadi Yassin Saregeldin

Address: (City & State) Sharon, MA

Birth date (Yr only): 1953   SSN (last4#): 8231   Sex: M   Race: _____   Nationality: USA

**Defense Counsel if known:** Juliane Balliro   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Scott L. Garland   Bar Number if applicable: 650358

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Victims: ☐ Yes ☒ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 20, 2018   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ahmedelhadi Yassin Serageldin

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1512(b)(3)) | Tampering with a Witness | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 3 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   17-MJ-6084-MPK; 17-MJ-6085-MPK; 17-MJ-6107-MPK; 17-MJ-6108-MPK; 17-MJ-6189-MPK; 17-MJ-6207-MPK; 18-MJ-6034-MPK; 18-MJ-6035-MPK