JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**        **Category No.** II        **Investigating Agency** FBI; NCIS

City   Woburn, Marlborough, Sharon        **Related Case Information:**

County   Middlesex and Norfolk        Superseding Ind./ Inf.  X        Case No.  18-CR-10436-PBS
                                       Same Defendant  X              New Defendant
                                       Magistrate Judge Case Number
                                       Search Warrant Case Number     See Additional Information
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Ahmedelhadi Yassin Serageldin        Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name   Ahmed Serageldin, Ahmed Elhadi Yassin Saregeldin

Address   (City & State)  Sharon, MA

Birth date (Yr only): 1953   SSN (last4#): 8231   Sex  M   Race: ___   Nationality: USA

**Defense Counsel if known:**   George W. Vien        Address  260 Franklin St., Ste. 1600

**Bar Number**                                                Boston, MA 02110

**U.S. Attorney Information:**

AUSA   Scott L. Garland        Bar Number if applicable   650358

Interpreter:  ☐ Yes  ☑ No        List language and/or dialect:

Victims:  ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**   11/20/2018

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by:  Magistrate Judge Kelley   on  11/30/2018

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  12/12/2019        Signature of AUSA: *[signed] Scott L. Garland*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):   18-CR-10436-PBS

**Name of Defendant**   Ahmedelhadi Yassin Serageldin

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 793(e) | Willfully Retaining National Defense Information | 1 |
| Set 2  18 U.S.C. § 793(h) | Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   17-MJ-6084-MPK; 17-MJ-6085-MPK; 17-MJ-6107-MPK; 17-MJ-6108-MPK; 17-MJ-6189-MPK; 17-MJ-6207-MPK; 18-MJ-6034-MPK; 18-MJ-6035-MPK