UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:18-cr-10436-PBS |
| v. | ) | |
| AHMEDELHADI YASSIN SERAGELDIN, a/k/a AHMED SERAGELDIN, Defendant. | ) | |

**GOVERNMENT'S NOTICE RE SENTENCING**

Pursuant to the Court's sentencing procedures order dated December 13, 2019 (Dkt. # 64), the United States hereby notifies the Court that (a) the United States is not moving for a departure from the applicable guideline range or a non-guideline sentence, (b) the United States does not contend that there are any further legal questions not adequately addressed in the presentence report, and (c) there are no factual issues that require an evidentiary hearing. The United States still anticipates that a representative of the Navy intends to make an oral victim impact statement at the sentencing hearing.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  /s/ Scott L. Garland
SCOTT L. GARLAND
Assistant U.S. Attorney

Dated: July 20, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 20, 2020.

      /s/ *Scott L. Garland*
Scott L. Garland
Assistant U.S. Attorney